IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JERRY T. REINER, JR.**                                                                                          **PLAINTIFF**

**V.**                                            **2:08CV00168 BSM**

**JHON COLLIER, Jail Administrator, Cross County
Jail; and HEATH SMITH, Jailer, Cross County Jail**                              **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 3rd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE